**Opinion issued June 24, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-01012-CV

———————————

**DESHONDRA S. COOPER, Appellant**

**V.**

**PATRICIA D.  MILLS, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-78921**

## MEMORANDUM OPINION

Appellant's brief was due to be filed on May 9, 2025.  On May 21, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice.  Appellant did not file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP.
P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.